JUDGMENT
================================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

--------------

NO. 01-35829
CT/AG#: CV-99-00287-FR

CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization;
SOUTHWEST CENTER FOR BIOLOGICAL DIVERSITY; BIODIVERSITY
ASSOCIATES; BIODIVERSITY LEGAL FOUNDATION; BLUE MOUNTAINS
BIODIVERSITY PROJECT; CARSON FOREST WATCH; ECOLOGY CENTER;
ENVIRONMENTAL PROTECTION INFORMATION CENTER; FRIENDS OF
NEVADA WILDRENESS; HELLS CANYON PRESERVATION COUNCIL;
KLAMATH FOREST ALLIANCE, KLAMATH SISKIYOU WILDLANDS CENTER;
MARICOPA AUDUBON SOCIETY; NW ECOSYSTEM ALLIANCE; OREGON
NATURAL RESOURCES COUNCIL; PREDATOR PROJECT; SKY ISLAND
WATCH; T&E, INC.; WILD UTAH FOREST CAMPAIGN

    Plaintiffs - Appellants

v.

ANNE BADGLEY, Regional Director U.S. Fish & Fildlife
Service; JAMIE RAPPAPORT CLARK, Director U.S. Fish &
Wildlife Service; GALE NORTON, Secretary of the Interior

    Defendants - Appellees

------------------------------

NATIONAL WILDLIFE FEDERATION; AMERICAN FOREST & PAPER
ASSOCIATION

    Amici Curiae

  and

AMERICAN FOREST & PAPER ASSOCIATION, amicus

    Amicus

----------------------

APPEAL FROM the United States District Court for the

FILED 03 SEP 17 10:58 USDC-ORP

District of Oregon (Portland).

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the District of Oregon (Portland) and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED.

Filed and entered    July 21, 2003

A TRUE COPY
ATTEST

CATHY CATTERSON
Clerk of Court

by: *Ruben Talavera*
Deputy Clerk

This certification does constitute the mandate of the court.